# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

144408

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 144408
COA: 291578
Genesee CC: 08-022018-FC

KINO DOMINQUE CHRISTIAN,
      Defendant-Appellant.

_____/

      By order of March 26, 2012, the application for leave to appeal the September 22, 2011 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Vaughn* (Docket No. 142627). On order of the Court, the case having been decided on July 9, 2012, 491 Mich 642 (2012), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

d0827